UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-81592-MIDDLEBROOKS

DANIEL LUGO,

        Plaintiff,

v.

TIDE OCEAN FRONT VACATION
APARTMENTS, LLC,

        Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, by and through his undersigned counsel, hereby dismisses this action with

prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with each side to bear his or

its own fees and costs except as otherwise agreed.

                          s/Drew M. Levitt
                          DREW M. LEVITT
                          Florida Bar No. 782246
                          drewmlevitt@gmail.com
                          LEE D. SARKIN
                          Florida Bar No. 962848
                          LSarkin@aol.com
                          4700 N.W. Boca Raton Boulevard
                          Suite 302
                          Boca Raton, Florida 33431
                          Telephone (561) 994-6922
                          Attorneys for Plaintiff